UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 07CR158 |
| PEDRO SEGOVIA GAITAN | ) |

ORDER

Upon motion of the United States, it is hereby ORDERED that this case is UNSEALED.

_____/s/_____
Leonie M. Brinkema
United States District Judge

Dated: 5/18/07
At Alexandria, Virginia